# EXHIBIT 2

## *2021-00883, CORBITT, ANDRE v. TRUSTEES OF PRINCETON UNIVERSITY*

PA Court of Common Pleas - Montgomery

**This case was retrieved on 02/26/2021**

## Header

**Case Number:** 2021-00883
**Date Filed:** 01/25/2021
**Date Full Case Retrieved:** 02/26/2021
**Status:** Open
**Misc:** (23) Complaint Class Action; Civil

## Summary

**Status Code**: 2

## Participants

**Litigants**
CORBITT, ANDRE
**Plaintiff**
Notify:  Notify: Yes

**Attorneys**
Smith, Derek
Plaintiff
321441
Address: 104 W. High St. Milford, PA 18337
The Law Office of Charles Kannebecker
570-296-6471
smith@kannebeckerlaw.com

KANNEBECKER, CHARLES
Plaintiff
58612
Address: 104 W HIGH STREET MILFORD, PA 18337
LAW OFFICE OF CHARLES KANNEBECKER
(570) 296-6471

AETNA LIFE INSURANCE COMPANY
**Defendant**
Notify:  Notify: Yes
PRINCETON UNIVERSITY BENEFITS COMMITTEE
**Defendant**
Notify:  Notify: Yes
THE RAWLINGS COMPANY
**Defendant**
Notify:  Notify: Yes
TRUSTEES OF PRINCETON UNIVERSITY
**Defendant**
Notify:  Notify: Yes

# Addtional Case Information

Lis Pendens Indicator: No
Sealed: No

# Proceedings

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 01/25/2021 | 0 | | Entry Type<br>Complaint Class Action<br>Filing Id<br>12985881<br>Sealed<br>No |
| 02/17/2021 | 1 | COMPLAINT FOR CLASS ACTION ON 02/08/2021 TO AETNA LIFE INSURANCE | Entry Type<br>Affidavit/Certificate of Service of<br>Filing Id<br>13022356<br>Sealed<br>No |
| 02/17/2021 | 2 | COMPLAINT IN CLASS ACTION ON 02/08/2021 TO TRUSTEES OF PRINCETON UNIVERSITY | Entry Type<br>Affidavit/Certificate of Service of<br>Filing Id<br>13022607<br>Sealed<br>No |
| 02/17/2021 | 3 | SEE FILING ON 2/16/2021 TO DEFENDANTS | Entry Type<br>Affidavit/Certificate of Service of<br>Filing Id<br>13022925<br>Sealed<br>No |
| 02/17/2021 | 4 | COMPLAINT IN CLASS ACTION ON 02/08/2021 TO THE RAWLINGS COMPANY LLC | Entry Type<br>Affidavit/Certificate of Service of<br>Filing Id<br>13023502<br>Sealed<br>No |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document



**Prothonotary**
Montgomery County Courthouse
P.O. Box 311
Norristown, Pennsylvania 19404-0311
Phone: 610-278-3360
Fax: 610-278-5994
www.montcopa.org

# Prothonotary
# County of Montgomery
# Noah Marlier

**First Deputy**
**Lauren Tilger-Halbom**

Date 2/24/2021

RE: Corbitt vs Trustees of Princeton Universtiy
2021-00883-0001

Dear Sir or Madam;

Beginning on January 4, 2010 all legal papers submitted in person or by mail to the Prothonotary are scanned and returned to the filing party

On 2/17/21 a filing, affidavit/certificate of service was received for the above captioned matter; however, the image was not retained or is missing pages.

At your earliest convenience, please arrange for a replacement to be delivered to the Prothonotary Office.

Thank you for your prompt attention to this matter. Please call the office at 610-278-3360 if you have any further questions.

2021-00883-0001  2/17/2021 11:08 AM # 13022356
Rcpt#Z4012653  Fee:$0.00  Affidavit/Certificate of Service o
Main (Public)
MontCo Prothonotary

Lauren Tilger-Halbom
First Deputy

**IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA**

ANDRE CORBITT, Individually and :
on behalf of a Class of :
Similarly Situated Individuals, :
                                  :
                   Plaintiff,    :
                                  :
           vs.                    :    No. 2021-00883
                                  :
TRUSTEES OF PRINCETON UNIVERSITY, :
PRINCETON UNIVERSITY BENEFITS     :
COMMITTEE, AETNA LIFE INSURANCE   :
COMPANY and THE RAWLINGS          :
COMPANY, LLC,                     :
                                  :
                   Defendants    :
                                  :

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## AFFIDAVIT OF SERVICE

I, Christina Battipaglia, hereby certify that pursuant to the Pennsylvania Rules of Civil Procedure 403 and 404 et seq., a true and correct copy of the above-referenced Complaint in Class Action was served upon defendant, Trustees of Princeton University, 1 Nassau Hall, Princeton, New Jersey 08544 by FED EX, receipt attached and marked as Exhibit "A", on the 8th day of February, 2021.

_Christina Battipaglia_
Christina Battipaglia

2021-00883-0002  2/17/2021 11:13 AM  # 13022607
Rcpt#Z4012654  Fee:$0.00  Affidavit/Certificate of Service o
Main (Public)
MontCo Prothonotary

**IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| ANDRE CORBITT, Individually and on behalf of a Class of Similarly Situated Individuals, | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | No. 2021-00883 |
| TRUSTEES OF PRINCETON UNIVERSITY, PRINCETON UNIVERSITY BENEFITS COMMITTEE, AETNA LIFE INSURANCE COMPANY and THE RAWLINGS COMPANY, LLC, | : : : : : | |
| Defendants | : : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## AFFIDAVIT OF SERVICE

I, Christina Battipaglia, hereby certify that pursuant to the Pennsylvania Rules of Civil Procedure 403 and 404 et seq., a true and correct copy of the above-referenced Complaint in Class Action was served upon defendant, Princeton University Benefits Committee, 1 Nassau Hall, Princeton, New Jersey 08544 by FED EX, receipt attached and marked as Exhibit "A", on the 8th day of February, 2021.

_Christina Battipaglia_
Christina Battipaglia

## IN THE COURT OF COMMON PLEAS OF
## MONTGOMERY COUNTY, PENNSYLVANIA

ANDRE CORBITT, Individually and    :
on behalf of a Class of          :
Similarly Situated Individuals,   :
                               :
         Plaintiff,       :
                               :
        vs.             :  No. 2021-00883
                               :
TRUSTEES OF PRINCETON UNIVERSITY, :
PRINCETON UNIVERSITY BENEFITS   :
COMMITTEE, AETNA LIFE INSURANCE  :
COMPANY and THE RAWLINGS       :
COMPANY, LLC,             :
                               :
        Defendants     :
                               :

## AFFIDAVIT OF SERVICE

I, Christina Battipaglia, hereby certify that pursuant to the Pennsylvania Rules of Civil Procedure 403 and 404 et seq., a true and correct copy of the above-referenced Complaint in Class Action was served upon defendant, The Rawlings Company, LLC, 1 Eden Parkway, La Grange, Kentucky, 40031 by FED EX, receipt attached and marked as Exhibit _"A"_, on the 8th day of _February, 2021._

                               _Christina Battipaglia_
                               Christina Battipaglia

2021-00883-0004  2/17/2021 3:50 PM  # 13023502
Rcpt#Z4013110  Fee:$0.00  Affidavit/Certificate of Service o
Main (Public)
MontCo Prothonotary