IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE CORBITT, *Individually and on behalf of a Class of Similarly Situated Individuals*,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF PRINCETON UNIVERSITY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 21-899 |

## ORDER

**AND NOW,** this 30th day of March 2022, upon consideration of Defendants' Motion to Dismiss [Doc. No. 6] and the related briefing, it is hereby **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**, as follows:

1. Defendant's Motion to Dismiss is granted with respect to Counts II, VII, VIII, IX, X, XI, XII, XIII, XIV, and XV. These claims are **DISMISSED with prejudice**.

2. Defendant's Motion to Dismiss is denied with respect to Counts I, III, IV, V, and VI.

   It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**