IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRE CORBITT,** *Individually and on behalf of a Class of Similarly Situated Individuals***,**<br><br>                   **Plaintiff,**<br><br>          v.<br><br>**TRUSTEES OF PRINCETON UNIVERSITY,** *et al.***,**<br><br>                   **Defendant.** | **CIVIL ACTION NO. 21-899** |

## ORDER

**AND NOW,** this 8th day of August 2022, upon consideration of the parties' request for additional time to notify the Court of their interest in alternative dispute resolution (attached), it is hereby **ORDERED** that the request is **GRANTED** and the parties shall notify the Court by email of their preference no later than **September 15, 2022**.

It is so **ORDERED.**

                                                            **BY THE COURT:**

                                                            **/s/ Cynthia M. Rufe**

                                                            **CYNTHIA M. RUFE, J.**



# Elliott Greenleaf
A Professional Corporation

JOHN P. ELLIOTT, ESQ.
Direct Dial: 215-977-1027
Email: jpe@elliottgreenleaf.com

925 Harvest Drive - Suite 300
Blue Bell, Pennsylvania 19422
Phone: (215) 977-1000 • Fax: (215) 977-1099
www.elliottgreenleaf.com

August 5, 2022

(Via Email: Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov)

The Honorable Cynthia M. Rufe
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 12614
Philadelphia, PA 19106-1797

RE: Andre Corbitt v. Trustees of Princeton University, Docket No. 2021-00883

Dear Judge Rufe:

Your May 16, 2022 Scheduling Order directs the parties to jointly report to the Court whether they consent to settlement conference before a Magistrate Judge on or before August 15, 2022. The parties are currently working to conduct the deposition(s) of Defendants' corporate designees. Because preparing for and completing these depositions will put the parties in a better position to determine whether and when a settlement conference would be productive and appropriate, the parties hereby jointly request that the Court extend the deadline to report back concerning whether we wish to have a settlement conference before a Magistrate Judge, mediate our claims or pursue some alternative dispute resolution until September 15, 2022.

Respectfully,

John P. Elliott

JOHN P. ELLIOTT

JPE/sw
cc: Charles Kannebecker, Esq. (via email)