IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDRE CORBITT, Individually and
on behalf of a Class of Similarly Situated
Individuals,

        Plaintiff,

vs.

TRUSTEES OF PRINCETON UNIVERSITY,
PRINCETON UNIVERSITY BENEFITS
COMMITTEE, AETNA LIFE INSURANCE
COMPANY and THE RAWLINGS
COMPANY, LLC,

        Defendants.

No. 21-cv-00899

## DISMISSAL

Upon stipulation of all parties hereto, the above matter is dismissed with prejudice.

_____
Charles Kannebecker, Esq.
Attorney for Plaintiff

_____
John Elliott, Esq.
Attorney for Defendants

**Approved** and so **ORDERED** this 30th day of March 2023, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**